CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 25-00296 CRB |
| | ) |
|     Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER TO |
| | ) CONTINUE AND EXCLUDE TIME FROM |
|     v. | ) FEBRUARY 11, 2026, TO ~~APRIL 8, 2026~~ |
| | )                       MAY 27, 2026 |
| JEFFERSON ZELAYA, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Jefferson Zelaya that the status conference previously scheduled for February 11, 2026, be continued until April 8, 2026, and that time be excluded under the Speedy Trial Act from February 11, 2026, through April 8, 2026.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that the parties can continue to discuss resolution of the case and so that defense counsel can continue to prepare, including by reviewing discovery produced by the government. The parties therefore stipulate and agree that excluding time through April 8, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 11, 2026, through April 8, 2026, from

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR 25-00296 CRB                                     v. 7/10/2018

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 10, 2026

_____/s/_____
DAN M. KARMEL
Assistant United States Attorney

DATED: February 10, 2026

_____/s/_____
MELISSA LUBIN
Counsel for Defendant JEFFERSON ZELAYA

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 11, 2026, through ~~April 8, 2026~~ May 27, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 11, 2026, through ~~April 8, 2026~~ May 27, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference scheduled for February 11, 2026, is continued until ~~April 8, 2026~~ May 27, 2026, and the time from February 11, 2026, through ~~April 8, 2026~~ May 27, 2026, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: February 12, 2026

_____
HON. CHARLES R. BREYER
United States District Judge