CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LINA PENG (NYBN 5191295)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7007
FAX: (415) 436-7234
Lina.Peng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 25-00296 CRB |
| | ) AMENDED |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO |
| | ) CONTINUE AND EXCLUDE TIME FROM MAY |
| v. | ) 27, 2026, TO ~~JUNE 25, 2026~~ JULY 22, 2026 |
| | ) |
| JEFFERSON ZELAYA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Jefferson Zelaya that the status conference previously scheduled for May 28, 2026, be continued until July 16, 2026, for a change of plea hearing, and that time be excluded under the Speedy Trial Act from May 27, 2026, through July 16, 2026.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that the parties can continue to discuss resolution of the case and so that defense counsel can continue to prepare, including by reviewing discovery produced by the government. The parties therefore stipulate and agree that excluding time through May 27, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 27, 2026, through July 16, 2026, from

STIPULATION AND [PROPOSED] ORDER
Case No. CR 25-00296 CRB                                              v. 7/10/2018

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: May 27, 2026

_____/s/_____
LINA PENG
Assistant United States Attorney

DATED: May 27, 2026

_____/s/_____
MELISSA LUBIN
Counsel for Defendant JEFFERSON ZELAYA

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 27, 2026, through ~~July 16, 2026~~ July 22, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 27, 2026, through ~~July 16, 2026~~ July 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference scheduled for May 27, 2026, is continued until ~~July 16, 2026~~ July 22, 2026, and the time from May 27, 2026, through ~~July 16, 2026~~ July 22, 2026, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  May 28, 2026

_____
HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR 25-00296 CRB                                          v. 7/10/2018